# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-2060
_____

SHIRLEY MEARS DAVIS,

Petitioner,

v.

CHIEF JUDGE TIMOTHY D.
OSTERHAUS,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

July 29, 2026

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shirley Mears Davis, pro se, Petitioner.

No appearance for Respondent.